IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRIDGET POLLARD**
**2717 Cabochon Diamond Court**
**Raleigh, NC 27610**

    Plaintiff,

v.                                                                  Civil No._____

**QUEST DIAGNOSTICS,**
**1150 Varnum Street, N.E.**
**Washington, DC 20620**

    Defendant.

Serve:

**NATIONAL REGISTERED AGENTS, INC.**
**1090 VERMONT AVE NW, SUITE910**
**Washington, DC 20005**

## CIVIL COMPLAINT

**NOW COMES** Plaintiff, Bridget Pollard, by and through undersigned counsel and files this civil complaint for damages. Plaintiff states herein as follows:

### JURISDICTION AND VENUE

1. This action is authorized and instituted pursuant to Title VII of the 1964 Civil Rights Act, as amended by 1991, hereinafter "Title VII;" this action is authorized and instituted pursuant to 42 U.S.C. §1981, hereinafter "1981."

2. This action properly lies in the District Court for the District of Columbia because this judicial district has personal jurisdiction over Defendant. This action is also

1

in accordance with 28 U.S.C. 1331.

## PARTIES

3. "Plaintiff", Bridget Pollard is a citizen of the United States and resides in the State of Maryland.

4. Plaintiff is an employee as defined in accordance with Title VII.

5. In accordance with the Title VII, she is a member of a protected classes based on her race and color.

6. "Defendant," Quest Diagnostics is an employer as defined in accordance with Title VII.

## ADMINISTRATIVE PROCEDURES

7. Plaintiff timely filed her Charges of Discrimination against the Defendant with the U.S. Equal Employment Opportunity Commission-Washington Field Office on November 29, 2005, and amended her complaint on February 28, 2006.

8. Plaintiff was issued her Notice of Right to Sue on February 28, 2007.

9. Plaintiff therefore invokes her right to sue under 42 U.S.C. § 2000e-5(f) and 29 U.S.C. § 626 in that she has satisfied all administrative and judicial prerequisites to the institution of this action.

## COUNT I

### DISPARATE TREATMENT BASED ON RACE AND COLOR
### IN VIOLATION OF TITLE VII & 1981

10. Plaintiff re-alleges the allegations of Paragraphs 1 through 9, and incorporates them by reference herein.

11. Plaintiff applied for the position of Project Manager in Defendant's IT Department

and was denied the position notwithstanding her extensive years of experience and expertise.

12. Plaintiff avers Defendant initially offered the position to a similarly-situated white female employee but the offer was declined.

13. Plaintiff avers Defendant then offered the position to a similarly-situated white male employee with lesser experience and qualifications than Plaintiff.

14. As a direct result of Defendant's discriminatory practices, Plaintiff has sustained economic and non-economic damages.

### COUNT II

### RETALIATION IN VIOLATION OF TITLE VII & 1981

15. Plaintiff re-alleges the allegations of Paragraphs 1 through 14, and incorporates them by reference herein.

16. Plaintiff avers that she engaged in protected activity when she filed her Charge of Discrimination with the U.S. EEOC, complaining of disparate treatment against Defendant.

17. Plaintiff avers that as a result of engaging in protected activity she suffered an adverse action, namely an inferior performance evaluation.

18. Plaintiff avers that there is a casual connection between her engaging in protected activity and suffering the adverse action of an inferior performance evaluation.

19. As a direct result of Defendant's retaliatory conduct, Plaintiff has suffered emotional distress , anxiety, insomnia, loss of appetite, hair loss and has sustained

economic damages.

## COUNT III

### RETALIATION IN VIOLATION OF 1981

20. Plaintiff re-alleges the allegations of Paragraphs 1 through 19, and incorporates them by reference herein.

21. Plaintiff avers that she engaged in protected activity when she filed her Charge of Discrimination with the U.S. EEOC, complaining of disparate treatment against Defendant.

22. Plaintiff avers that as a result of engaging in protected activity she suffered an adverse action, namely termination from employment.

23. Plaintiff avers that there is a casual connection between her engaging in protected activity and suffering the adverse action of employment termination.

24. As a direct result of Defendant's retaliatory conduct, Plaintiff has suffered emotional distress , anxiety, insomnia, loss of appetite, hair loss and has sustained economic damages.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that this Honorable Court should grant her the following relief, namely:

(i). That this Court determine the employment practices complained of in this complaint are unlawful in that they violated the Title VII and 1981.

(ii). That Defendant be enjoined from continuing any and all discriminatory practices;

(iii). That Defendant pay Plaintiff a sum in excess of $100,000 for compensatory damages, backpay, interests, emotional distress;

(iv). That Defendant pay Plaintiff's costs and expenses and reasonable attorney's fees as provided in Title VII and 1981 in connection with this action;

(v). That this Court grant other and such further relief to the Plaintiff as it deems just and proper.

Respectfully submitted on behalf of Plaintiff:

April 12, 2007              _____/s/_____
                            Nathaniel D. Johnson (Federal #14729 MD)
                            Richard L. Thompson (Federal #15980 MD)
                            THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
                            3475 Leonardtown Road, Suite 200
                            Waldorf, Maryland  20602
                            301-645-9103
                            301-893-6890 fax

### I (a) PLAINTIFFS
Bridget Pollard

### DEFENDANTS
Quest Diagnostics Nichols Institute

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Nathaniel D. Johnson
3475 Leonardtown Road, Suite 200
Waldorf, MD 20602

Case: 1:07-cv-00692
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/16/2007
Description: POLLARD v. QUEST DIAG.

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE ... X FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
...nder Liability
...bility
uct Liability
ry
ability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### OR   ○ F. Pro Se General Civil

cy
ppeal 28 USC 158
Vithdrawal 28 USC 157

Petitions
Death Penalty
Mandamus & Other
Civil Rights
Prison Condition

Rights
opyrights
atent
rademark

x Suits
xes (US plaintiff or
fendant
IS-Third Party 26
SC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

Resident agent

---

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616933622
Cashier ID: dcallis
Transaction Date: 04/17/2007
Payer Name: NATHANIEL D JOHNSON

CIVIL FILING FEE
For: NATHANIEL D JOHNSON
Amount:     $350.00

CHECK
 Check/Money Order Num: 3246
 Amt Tendered: $350.00

Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

07-0692

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII of the 1964 Civil Rights Act and 42 U.S.C. 1981

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 100,000    Check YES only if demanded in complaint
JURY DEMAND:    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE April 12, 2006 ✓    SIGNATURE OF ATTORNEY OF RECORD

4/16/07    JTC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.