IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRIDGET POLLARD**
**2717 Cabochon Diamond Court**
**Raleigh, NC 27610**

    Plaintiff,

v.                                                                              Civil No.07-692 (CCK)

**QUEST DIAGNOSTICS,**
**1150 Varnum Street, N.E.**
**Washington, DC 20620**

    Defendant.

Serve:

**NATIONAL REGISTERED AGENTS, INC.**
**1090 VERMONT AVE NW, SUITE910**
**Washington, DC 20005**

## RETURN OF SUMMONS

    **NOW COMES**, Plaintiff, Bridget Pollard, by undersigned counsel, and files her Return of Summons in the above-captioned matter as follows:

    Plaintiff avers that she served Defendant, Quest Diagnostics, through its resident agent on April 26, 2007 with the attached certified receipt.

    Respectfully submitted on behalf of Plaintiff:

1

April 12, 2007                    _____/s/_____
                                  Nathaniel D. Johnson (Federal #14729 MD)
                                  Richard L. Thompson (Federal #15980 MD)
                                  THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
                                  3475 Leonardtown Road, Suite 200
                                  Waldorf, Maryland  20602
                                  301-645-9103
                                  301-893-6890 fax

2

