UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET POLLARD,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**QUEST DIAGNOSTICS,**<br><br>    **Defendant.** | **Civil Action No. 07-00692 (CKK)** |

## THE PARTIES' DISCOVERY PLAN

Plaintiff Bridget Pollard ("Pollard") and Defendant Quest Diagnostics ("Quest"), by counsel and pursuant to the Court's August 6, 2007 Scheduling and Procedures Order, hereby submit this Joint Discovery Plan. The parties preliminarily have agreed to proceed with discovery as follows:

    (a)    **Written Discovery**

The parties intend to exchange and complete all written discovery by late September/early October 2007. Pollard has recently served Quest with her First Request for Production of Documents. Pollard does not anticipate serving any additional written discovery. Quest intends to serve Pollard with both Interrogatories and its First Request for the Production of Documents within the next ten (10) days.

    (b)    **Depositions**

The parties also intend to complete depositions before their November 15, 2007 mediation before Magistrate Alan Kay. Pollard does not anticipate deposing more than 6 witnesses. Quest does not anticipate deposing more than two or three witnesses, including the Plaintiff.

LDR/205629.1

Additionally, the parties have agreed to cooperate should the need arise to alter the Discovery Plan.

>Respectfully submitted,
>
>_____/s/   Michael L. Stevens
>Michael L. Stevens, Esq., D.C. Bar No. 384887
>Arent Fox LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C.  20036-5339
>(202) 857-6000
>
>____/s/____Nathaniel D. Johnson
>Nathaniel D. Johnson, Esq.
>THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
>3475 Leonardtown Road, Suite 200
>Waldorf, Maryland 20602
>(301) 645-9103

Dated:  August 16, 2007