## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET POLLARD,** | |
| **Plaintiff** | **Civil Action 07-0692 (CKK)** |
| **v.** | |
| **QUEST DIAGNOSTICS, INC.** | |
| .      **Defendant.** | |

### PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE DEADLINES 30 DAYS

**NOW COMES** Plaintiff, Bridget Pollard, by and through undersigned counsel, and moves this Court for an Order extending the deadlines in this case for an additional thirty (30) days.  In support of this motion, Plaintiff states herein as follows:

1. January 4, 2008, is the current discovery deadline in this case;

2. Thus far, the parties have conducted three depositions;

3. Plaintiff would like to conduct further depositions, including witnesses whom were not previously available due to scheduling conflicts;

4. Plaintiff also requests a thirty day extension to the remaining schedule in this civil action as follows:   All discovery to be completely by February 4, 2008; mediation to commence January 15, 2008 and conclude by February 29, 2008; and status hearing set for February 29, 2008 at 9:00 a.m.

5. Defendant does not oppose this motion.

6. This motion is not intended for any delay or dilatory purpose;

7. This Court has not previously granted any extensions of time.

Respectfully Submitted,


_____/s/_____
Nathaniel D. Johnson, Esq.
Richard Lloyd Thompson, II, Esq.
*Of Counsel*
Nathaniel D. Johnson & Associates, L.L.C.
3475 Leonardtown Road, Suite 200
Waldorf, MD 20602
301-645 - 9103
301-861-0411 (fax)

December 28, 2007


## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, December 28, 2007, the foregoing Unopposed Motion for Enlargement and Order were sent, via ECF, to the following addressee:

Michael Stevens, Esq.
Attorney for Defendant


/s/: Nathaniel D. Johnson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BRIDGET POLLARD,**

      **Plaintiff**

      **Civil Action 07-0692 (CKK)**

**v.**

**QUEST DIAGNOSTICS, INC.**

.     **Defendant.**

---

## <u>ORDER</u>

**WHEREFORE,** Plaintiff has moved this Court for a thirty (30) day extension to conduct

further discovery, and to extend the remaining schedule, it is hereby ORDERED as

follows:

Plaintiff's unopposed motion is hereby GRANTED, this _____day of December  2007.

Plaintiff's unopposed motion is hereby DENIED, this _____day of December 2007.

**SO SHALL IT BE ORDERED.**


_____

Honorable, Judge Kollar-Kotelly