IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET POLLARD,** | |
| **Plaintiff** | **Civil Action 07-0692 (CKK)** |
| v. | |
| **QUEST DIAGNOSTICS, INC.** | |
| **Defendant.** | |

### PLAINTIFF'S SECOND UNOPPOSED MOTION TO ENLARGE DEADLINES

**NOW COMES** Plaintiff, Bridget Pollard, by and through undersigned counsel, and moves this Court for an Order extending the deadlines in this case for an additional thirty (30) days. In support of this motion, and, after this Court's Minute Order denying Plaintiff's earlier motion with prejudice (Docket No. 15), Plaintiff states the following reasons why an extension to the current discovery schedule is warranted:

The current discovery deadline in this civil action is January 4, 2008. Parties scheduled depositions for the week of December 20th and the 21st, due to the fact that Plaintiff resides in Raleigh, NC, and the convenience to conduct depositions at the time of her visit to the local area for the holiday season. Plaintiff then made the necessary travel arrangements and arrived into Washington, D.C. on December 20th.

Also, Plaintiff identified her former immediate supervisor, Isabelita Aglipay, as a witness for depositions. Ms. Aglipay is a relevant witness to Plaintiff's retaliation claim in this civil action. However, defense counsel represented that Ms. Aglipay would not be available during the aforementioned period because she would be out of town from

December 18th through 23rd.

Further, during depositions of Messrs. Vanderburg, Leap, testimony was adduced which prompted Plaintiff's decision to depose additional parties. However, due to the holiday season, it is not possible to schedule and conduct further depositions before the January 4th, deadline.

Thus, Plaintiff is compelled to moves this Court for a thirty (30) day enlargement to conduct depositions. Further, undersigned currently has a trial scheduled in Maryland Circuit Court on January 7th and 8th. Therefore, thirty day extension would permit Plaintiff sufficient opportunity to make necessary work and travel arrangements so that she can be present during the propose depositions, which are anticipated to occur the last two weeks of January[1].

Accordingly, Plaintiff would like to depose Ms. Aglipay, her former immediate supervisor, Mr. Knapp, Defendant's Human Resource Director and two former laboratory directors, Ms. Agezzee and Mr. Tashar. Plaintiff would also want to depose the comparator in her federal discrimination litigation, Sean Townsend. Thus, Plaintiff is confident that the aforementioned depositions will be completed by the end of the requested extension period, February 4, 2008.

Lastly, Plaintiff would ask this Court to extend the remaining schedule in this litigation as follows: Mediation to commence January 15, 2008 and conclude by February 29, 2008; and, status hearing set for February 29, 2008 at 9:00 a.m.

Again, Defendant does not oppose this motion, and, it is not meant for any delay or dilatory purpose.

---

[1] Presumably, both defense counsel and the witnesses will be available during this period.

            Respectfully Submitted,


             /s/
            Nathaniel D. Johnson, Esq.
            Richard Lloyd Thompson, II, Esq.
            *Of Counsel*
            Nathaniel D. Johnson & Associates, L.L.C.
            3475 Leonardtown Road, Suite 200
            Waldorf, MD 20602
            301-645 - 9103
            301-861-0411 (fax)

December 28, 2007


## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, December 28, 2007, the foregoing Unopposed Motion for Enlargement and Order were sent, via ECF, to the following addressee:

Michael Stevens, Esq.
Attorney for Defendant


            /s/: Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET POLLARD,** | |
| **Plaintiff** | Civil Action 07-0692 (CKK) |
| v. | |
| **QUEST DIAGNOSTICS, INC.** | |
| **Defendant.** | |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for a thirty (30) day extension to conduct further discovery, and to extend the remaining schedule, it is hereby ORDERED as follows:

Plaintiff's unopposed motion is hereby GRANTED, this _____ day of December 2007.

Plaintiff's unopposed motion is hereby DENIED, this _____ day of December 2007.

**SO SHALL IT BE ORDERED.**

_____
Honorable, Judge Kollar-Kotelly