UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIDGET POLLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>QUEST DIAGNOSTICS, INC.,<br><br>    Defendant. | Civil Action No. 07-692 (CKK) |

**ORDER**
(December 31, 2007)

On December 28, 2007, Plaintiff filed an Unopposed Motion to Enlarge Deadlines, which the Court denied without prejudice the same day because it did not indicate why discovery would not be completed within the current deadline of January 4, 2008, or how the parties proposed to complete discovery within the period of extension they sought.  Plaintiff has now filed a Second Unopposed Motion to Enlarge Deadlines, in which she sets forth the depositions that she would take within the period of extension, and requests an extension of the referral of this case to Magistrate Judge Alan Kay for mediation.  The Court notes that, while Plaintiff's motion is unopposed, Plaintiff does not appear to have coordinated with defense counsel regarding the dates on which she plans to schedule her additional depositions.

Accordingly, it is, this 31st day of December, 2007, hereby

**ORDERED** [16] Plaintiff's Second Unopposed Motion to Enlarge Deadlines is GRANTED.  However, there will be NO FURTHER EXTENSIONS granted in this matter.  Accordingly, Plaintiff's counsel is expected to coordinate with defense counsel forthwith regarding the availability of deponents, and to schedule the remaining depositions so that

discovery is completed within the extension period; it is further

**ORDERED** that discovery in this action shall be completed on or before February 4, 2008; it is further

**ORDERED** that the referral of this case to Magistrate Judge Alan Kay for mediation is hereby extended indefinitely; it is further

**ORDERED** that the Status Conference in this case previously scheduled for January 25, 2008 at 9:00 a.m. is VACATED. A Status Conference shall be held in this matter on Friday, March 7, 2008 at 9:30 a.m. The parties' proposed Status Conference date of February 29, 2008 conflicts with the Court's trial schedule.

**SO ORDERED**.

_/s/_
COLLEEN KOLLAR-KOTELLY
United States District Judge