UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIDGET POLLARD,                                    *

    Plaintiff,                                  *

v.                                                  *       Case No. -07-CV-692

QUEST DIAGNOSTICS, INC.,                                      *

    Defendant.                                  *

            *     *     *     *     *     *     *

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

**NOW COMES** Plaintiff, Bridget Pollard, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, submits this Memorandum in support of her Motion to Amend her Complaint, and says as follows:

### I.  STATEMENT OF THE CASE

The Plaintiff applied for the position of Project Manager in Defendant's IT Department and was denied the position notwithstanding her extensive years of experience and expertise. Defendant initially offered the position to a similarly-situated white female employee but the offer was declined. Defendant then offered the position to a similarly-situated white male employee with lesser experience and qualifications than Plaintiff.

During discovery, it was adduced that Plaintiff was retaliated against as she was not given assignments for weekends and vacations, essentially forcing Plaintiff to resign from her employment. Plaintiff has offered to be made available for any subsequent deposition related to the retaliation issues; however, Defendant has refused. Defendant does not consent to this motion. Plaintiff does not believe Defendant will be prejudiced in the event this Court grants his motion.

## II.  LEGAL STANDARD

Rule 15(a) of the Federal Rules of Civil Procedure provides that when a party seeks leave to amend a complaint "leave shall be freely given when justice so requires." *Fed. R. Civ. Pro. 15(a)*.

## CONCLUSION

For the reasons aforementioned, Plaintiff's Motion for Leave to File an Amended Complaint should be Granted.

Respectfully submitted on behalf of Plaintiff,


_____/s/_____
Nathaniel D. Johnson (MD Bar #14729)
Richard L. Thompson, II (MD Bar #15980)
201 Centennial Street, Suite A-2
P.O. Box 1857
Waldorf, Maryland  20656
301-645-9103/301-893-6890 fax

**<u>Certificate of Service</u>**

I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, January 23, 2008, the foregoing Motion for Leave to Amend and Order were sent, via ECF, to the following addressees:

Michael Stevens, Esq.
Attorney for Defendant                                                        /s/
                                                                      Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRIDGET POLLARD**
**2717 Cabochon Diamond Court**
**Raleigh, NC 27610**

      **Plaintiff,**

**v.**                                          **Civil No. 07-692 (CKK)**

**QUEST DIAGNOSTICS,**
**1150 Varnum Street, N.E.**
**Washington, DC 20620**

             **Defendant.**

**Serve:**

**NATIONAL REGISTERED AGENTS, INC.**
**1090 VERMONT AVE NW, SUITE910**
**Washington, DC 20005**

SECOND AMENDED CIVIL COMPLAINT

    **NOW COMES** Plaintiff, Bridget Pollard, by and through undersigned counsel and files this amended civil complaint for damages, pursuant to F.R.C.P. 15.  Plaintiff states herein as follows:

JURISDICTION AND VENUE

1. This action is authorized and instituted pursuant to Title VII of the 1964 Civil Rights Act, as amended by 1991, hereinafter "Title VII;" this action is also authorized and instituted pursuant to 42 U.S.C. §1981, hereinafter "1981."

2. This action properly lies in the District Court for the District of Columbia because this judicial district has personal jurisdiction over Defendant.  This action is also

in accordance with 28 U.S.C. 1331.

## PARTIES

3.    "Plaintiff", Bridget Pollard is a citizen of the United States and resides in the State

of  North Carolina.

4.    Plaintiff is an employee as defined in accordance with Title VII.

5.    In accordance with the Title VII, she is a member of  protected classes based upon

her race and color.

6.    "Defendant," Quest Diagnostics is an employer as defined in accordance with Title

VII.

## ADMINISTRATIVE PROCEDURES

7.    Plaintiff timely filed her Charges of Discrimination against the Defendant with the

U.S. Equal Employment Opportunity Commission-Washington Field Office on

November 29, 2005, and amended her complaint on February 28, 2006.

8.    Plaintiff was issued her Notice of Right to Sue on February 28, 2007.

9.    Plaintiff therefore invokes her right to sue under 42 U.S.C. § 2000e-5(f) and 29

U.S.C. § 626 in that she has satisfied all administrative and judicial prerequisites to

the institution of this action.

## COUNT I

### DISPARATE TREATMENT BASED ON RACE AND COLOR
### IN VIOLATION OF TITLE VII & 1981

10.    Plaintiff re-alleges the allegations of Paragraphs 1 through 9, and incorporates them

by reference herein.

11.    Plaintiff applied for the position of Project Manager in Defendant's IT Department

and was denied the position notwithstanding her extensive years of experience and expertise.

12. Plaintiff avers Defendant initially offered the position to a similarly-situated white female employee but the offer was declined.

13. Plaintiff avers Defendant then offered the position to a similarly-situated white male employee with lesser experience and qualifications than Plaintiff.

14. As a direct result of Defendant's discriminatory practices, Plaintiff has sustained economic and non-economic damages.

## COUNT II

### RETALIATION IN VIOLATION OF TITLE VII & 1981

15. Plaintiff re-alleges the allegations of Paragraphs 1 through 14, and incorporates them by reference herein.

16. Plaintiff avers that she engaged in protected activity ~~when~~ **after she complained of discrimination to management** and filed her Charge of Discrimination with the U.S. EEOC, complaining of disparate treatment against Defendant.

17. Plaintiff avers that as a result of engaging in protected activity she suffered an adverse action, namely an inferior performance evaluation **and Defendant failed to assign her weekends and vacations after she relocated to North Carolina.**

18. Plaintiff avers that there is a casual connection between her engaging in protected activity and suffering the adverse action of an inferior performance evaluation.

19. As a direct result of Defendant's retaliatory conduct, Plaintiff has suffered

3

emotional distress , anxiety, insomnia, loss of appetite, hair loss and has sustained

economic damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that this Honorable Court should grant her the following

relief, namely:

(i). That this Court determine the employment practices complained of in this complaint

   are unlawful in that they violated the Title VII and 1981.

(ii). That Defendant be enjoined from continuing any and all discriminatory practices;

(iii). That Defendant pay Plaintiff a sum in excess of $100,000 for compensatory damages,

   backpay, interests, emotional distress;

(iv). That Defendant pay Plaintiff's costs and expenses and reasonable attorney's fees as

   provided in Title VII and 1981 in connection with this action;

(v). That this Court grant other and such further relief to the Plaintiff as it deems just and

   proper.

Respectfully submitted on behalf of Plaintiff:

January 23, 2008            _____/s/_____
                            Nathaniel D. Johnson (Federal #14729 MD)
                            Richard L. Thompson (Federal #15980 MD)
                            THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
                            201 Centennial Street, Suite A-2
                            P.O. Box 1857
                            Waldorf, Maryland  20656
                            301-645-9103/301-893-6890 fax

4

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, January 23, 2008, the foregoing Second Amended Complaint was sent via, ECF, to the following addressee:


Michael Stevens, Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

/S/: Nathaniel D. Johnson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BRIDGET POLLARD,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No. -07-CV-692** |
| **QUEST DIAGNOSTICS, INC.,** | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

**WHEREFORE**, Plaintiff has moved this Court for leave to amend her Amended Complaint, it is

hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this ____day of January 2008;

Plaintiff's motion is hereby DENIED, this____day of January 2008.

**SO SHALL IT BE ORDERED.**

_____
**Honorable, Judge Kollar-Kotelly**