IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET POLLARD**<br>2717 Cabochon Diamond Court<br>Raleigh, NC 27610<br><br>    Plaintiff,<br><br>v.<br><br>**QUEST DIAGNOSTICS,**<br>1150 Varnum Street, N.E.<br>Washington, DC 20620<br><br>        Defendant.<br>Serve:<br><br>**NATIONAL REGISTERED AGENTS, INC.**<br>**1090 VERMONT AVE NW, SUITE910**<br>**Washington, DC 20005** | Civil No. 07-692 (CKK) |

### NOTICE TO THE COURT

**NOW COMES** Plaintiff, Bridget Pollard, by and through undersigned counsel and withdraws her Motion for Show Cause against Holy Cross Hospital filed on February 4, 2008 (See Dkt. No. 20). Holy Cross Hospital has since produced the requested documents that were the subject of the subpoena and Show Cause motion.

February 21, 2008                _____/s/_____
                                                Nathaniel D. Johnson (Federal #14729 MD)
                                                Richard L. Thompson (Federal #15980 MD)
                                                201 Centennial Street, Suite A-2
                                                P.O. Box 1857
                                                LaPlata, Maryland  20646
                                                301-645-9103
                                                301-861-0411 fax

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, February 21, 2008, the foregoing Notice to the Court was sent via, ECF, to the following addressee:

Michael Stevens, Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

/S/: Nathaniel D. Johnson

2