UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIDGET POLLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>QUEST DIAGNOSTICS,<br><br>    Defendant. | Civil Action No. 07-692 (CKK) |

**ORDER**
(March 7, 2008)

As set forth during the Status Conference in this matter on March 7, 2008, it is hereby

**ORDERED** that the parties shall adhere to the following briefing schedule:

1. Defendant shall file its Motion for Summary Judgment on or before April 21, 2008;

2. Plaintiff shall file her Opposition to Defendant's Motion for Summary Judgment on or before May 23, 2008;

3. Defendant shall file its Reply in support of its Motion for Summary Judgment on or before June 9, 2008.

It is further

**ORDERED** that the parties shall comply **fully** with Local Rule LCvR 7(h) (formerly 7.1(h)) and 56.1. The Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules. *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002).

A party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied.

The responding party should include any information relevant to its response in that paragraph. If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts. At all points, parties must furnish precise citations to the portions of the record on which they rely.

Additionally, each submission must be accompanied by a table of cases and other authority cited therein. The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Rule LCvR 7(h). The Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion. LCvR 7(h), 56.1.

**SO ORDERED.**

                                                                   /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge