IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIDGET POLLARD, | |
| Plaintiff, | Civil Action 07-0692 (CKK) |
| v. | |
| QUEST DIAGNOSTICS, INC. | |
| Defendant. | |

**PLAINTIFF'S MOTION TO ENLARGE DEADLINES**

**NOW COMES** Plaintiff, Bridget Pollard, by and through undersigned counsel, and moves this Court for an Order extending the deadlines in this case for an additional fifteen (15) days to oppose Defendant's Motion for Summary Judgment. In support of this motion, and for good cause, Plaintiff states the following reasons why an extension to the current schedule is warranted:

Defendant filed its dispositive motion on April 21st. Plaintiff's opposition is currently due on May 23rd. However, Plaintiff is seeking an Order from this Court to enlarge to file her opposition to Defendant's Motion for Summary Judgment because undersigned counsel has a scheduling conflict with another client representation. As a direct result of a factual and material issue in dispute that surfaced after the Defendant in Wilson v. WMATA (05-2146 GK) filed its dispositive motion, undersigned requested and was granted a one week enlargement of time to allow parties to resolve their discovery dispute. Accordingly, the opposition in Wilson v. WMATA has been moved to May 22nd, and, consequently, has presented a significant disruption with the due date in

this instant action.

While undersign counsel has completed a measurable degree of research and preparation of Plaintiff's opposition in Pollard v. QDL, the aforementioned development in Wilson v. WMATA compels undersign to rearrange deadlines in other representations in order to avoid a chain reaction of scheduling conflicts.

Additionally, undersign has to file an opposition to a Motion for Summary Judgment in Blackmon-Malloy v. U.S. Capitol Police Board (01-02221) that is currently due May 28th. Thus, a one week enlargement would not suffice. Lastly, undersign has an oral argument currently scheduled before the U.S. Court of Appeals for the Federal Circuit for June 6th and, therefore, that time must be used for preparation of that matter.

Thus, a fifteen day enlargement would allow Plaintiff sufficient time to continue to prepare and file her opposition motion.

This motion is not intended for any dilatory purpose or to cause delay. Parties will not be prejudiced by the Court granting the relief because Plaintiff will not oppose any request by Defendant for an extension in its reply, if necessary.

Initially, Defendant did not oppose this motion, but, has since represented its opposition to the requested relief.

                                                                             Respectfully Submitted,

                                                                              /s/
                                                    Nathaniel D. Johnson, Esq.
                                                    Richard Lloyd Thompson, II, Esq.
                                                    *Of Counsel*
                                                    201 Centennial Street, Suite A-2
                                                    P. O. Box 1857
                                                    LaPlata, MD 20646
                                                    301-645 – 9103/301-861-0411 (fax)

May 14, 2008

Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, May 14, 2008, the Motion for Enlargement and Order were sent, via ECF, to the following addressee:

Michael Stevens, Esq.
Attorney for Defendant

/s/: Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET POLLARD,** | |
| **Plaintiff,** | Civil Action 07-0692 (CKK) |
| v. | |
| **QUEST DIAGNOSTICS, INC.** | |
| **Defendant.** | |

## ORDER

**WHEREFORE,** Plaintiff, and for good cause, has moved this Court for a fifteen day enlargement of time to file her opposition, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this_____day of May 2008;

Plaintiff's motion is hereby DENIED, this _____day of May 2008.

**SO SHALL IT BE ORDERED.**

_____
Hon. Colleen Kollar-Kotelly,
U.S. District Judge