UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIDGET POLLARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>QUEST DIAGNOSTICS, )<br>Defendant. )<br>) | Case No. 1: 07-00692(CKK) |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENLARGE DEADLINES

Defendant Quest Diagnostics ("Quest") by and through counsel, respectfully submits this Opposition to Plaintiff's Motion to Enlarge Deadlines in this case on the grounds that this Court has twice admonished the parties that no further extensions of time would be granted.

Plaintiff seeks an extension of time of fifteen (15) days to file an Opposition to Defendant's Motion for Summary Judgment, which was filed nearly one (1) month ago on April 21, 2008. In support of this Motion, Plaintiff's counsel alleges he has two other opposition briefs due in other cases on May 22 and May 28 and an oral argument on June 6 in a third case. However, Plaintiff's counsel presumably knew about these other obligations during the March 7, 2008 Status Conference, when the briefing schedule was set. During the Status Conference, the Court told the parties to establish a reasonable

1

schedule, because she did not want there to be any further extensions of time in this case. Plaintiff's counsel readily agreed to the schedule adopted by the Court, and did not advise the Court of any other potential conflicts. Moreover, in the Motion, Plaintiff's counsel has not offered any reason why he has been unable to complete the Opposition by now, especially when Defendant filed its underlying Motion on April 21.

This is the third time that Plaintiff has attempted to delay these proceedings. First, she filed an Unopposed Motion to Enlarge Deadlines on December 28, 2007. The Court granted this Motion on December 31, 2007, but unequivocally stated "there will be NO FURTHER EXTENSIONS granted in this matter." (emphasis in original). Plaintiff nevertheless filed a Second Motion for Leave to File an Amended Complaint on January 23, 2008. The Court denied that Motion on March 6, 2008, in part relying on its December 31, 2007 Order.

For all of these reasons, and in the interests of judicial efficiency, Plaintiff's Motion should be denied.

WHEREFORE, Defendant respectfully requests that the Court deny Plaintiff's Motion, award Defendant its reasonable attorneys' fees and costs, and grant Defendant such further relief as the court may deem proper.

                                                Respectfully submitted,

                                                ____/s/ __Michael_L. Stevens__
                                                Michael L. Stevens D.C. Bar No. 384887
                                                Arent Fox LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, D.C. 20036-5339
                                                (202) 857-6000
Dated: May 19, 2008                        Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2008, a copy of the foregoing Defendant's Opposition to Plaintiffs' Motion to Enlarge Deadlines was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, postage prepaid to:

>Nathaniel D. Johnson, Esq.
>Richard L. Thompson, Esq.
>The Law Firm of Nathaniel D. Johnson, L.L.C.
>201 Centennial Street, Suite #A-2
>P.O. Box 1857
>LaPlata, MD 20646

>    /s/ Michael L. Stevens
>    Michael L. Stevens