IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET POLLARD,** | |
| **Plaintiff,** | **Civil Action 07-0692 (CKK)** |
| v. | |
| **QUEST DIAGNOSTICS, INC.** | |
| **Defendant.** | |

## PLAINTIFF'S MOTION TO FILE OUT OF TIME

**NOW COMES** Plaintiff, Bridget Pollard, by and through undersigned counsel, and moves this Court for an Order to file her opposition to Defendant's Motion for Summary Judgment one day out of time. In support of this motion, and for good cause, Plaintiff states the following reason why the requested relief is warranted:

Late last evening, as undersigned counsel was attempting to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment, via ECF, it was discovered that the voice over technology (i.e., Vonage) malfunctioned that enables the operation of his law office's electronic mail. However, this morning, undersign learned that the malfunction has been resolved and will now file Plaintiff's Opposition electronically.

This motion is not intended for any dilatory purpose or to cause delay. Parties will not be prejudiced by the Court granting the relief because the Opposition is being filed, presumably, prior to the start of defense counsel's workday and will not adversely affect his time to file a reply. Notwithstanding the timing of the filing was beyond undersign's control, he would not oppose if Defendant needs an enlargement necessitated by the filing

of this Opposition.

                                              Respectfully Submitted,

                                                /s/
                                            Nathaniel D. Johnson, Esq.
                                            Richard Lloyd Thompson, II, Esq.
                                            *Of Counsel*
                                            201 Centennial Street, Suite A-2
                                            P. O. Box 1857
                                            LaPlata, MD 20646
                                            301-645 – 9103/301-861-0411 (fax)

June 10, 2008

Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, June 10, 2008, the Motion for Enlargement and Order were sent, via ECF, to the following addressee:

Michael Stevens, Esq.
Attorney for Defendant

                                                         /s/: Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDGET POLLARD,** | |
| **Plaintiff,** | Civil Action 07-0692 (CKK) |
| v. | |
| **QUEST DIAGNOSTICS, INC.** | |
| **Defendant.** | |

## ORDER

**WHEREFORE,** Plaintiff, and for good cause, has moved this Court to file her opposition out of time, one day beyond the filing deadline, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this_____day of May 2008;

Plaintiff's motion is hereby DENIED, this _____day of May 2008.

**SO SHALL IT BE ORDERED.**

_____
Hon. Colleen Kollar-Kotelly,
U.S. District Judge