IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIDGET POLLARD

    Plaintiff,

v.                                          Civil No.07-692 (CKK)

QUEST DIAGNOSTICS,

    Defendant.

## NOTICE

Defendant opposes Plaintiff's Motion for Leave to File her Statement of Material Facts In Dispute (Dkt. 31).

June 27, 2008                         /s/
                                       Nathaniel D. Johnson, Esq.
                                       Richard Lloyd Thompson, II, Esq.
                                       *Of Counsel*
                                       201 Centennial Street, Suite A-2
                                       P. O. Box 1857
                                       LaPlata, MD 20646
                                       (301) 645-9103/ (301) 893-6890 (fax)

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, June 27, 2008, the foregoing Motion for Leave and Order were sent, ECF, to Michael Stevens, Esq.

                                                                     Nathaniel D. Johnson: /S/

1